HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

BRIAN LAFRANCE,

    Plaintiff,

v.

KITSAP COUNTY, a municipal corporation; JAMES H. HARRIS, in his individual capacity; CHIEF MIKE DAVIS, in his individual capacity; CHIEF DAVID WHITE, in his individual capacity; and CHIEF GARY SIMPSON, in his individual capacity,

    Defendants.

Case No. C07-5347RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendants' Motion to Continue Deadline for Submitting Rule 26(a)(1) Initial Disclosures [Dkt. #19].

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that defendants' motion is **GRANTED**. Defendants Fed. R. Civ. P. 26(a)(1) initial disclosures, if necessary, shall be due within five (5) days of entry of this Court's order on defendants' motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) [Dkt. #14].

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 19th day of October, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1