AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

BRIAN La FRANCE,                                    CASE NUMBER: C07-5347RBL
    v.
KITSAP COUNTY, et al.,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Judgment on the Pleadings is GRANTED and all of plaintiff's claims are DISMISSED with prejudice.

Defendants' hereby dismiss their counterclaims.

This case is CLOSED.

DATED :     6/24/08

                                            BRUCE  RIFKIN
                                          *Clerk*

                                         /s/   Jean Boring
                                       *(By) Deputy Clerk*, Jean Boring